**IT IS ORDERED as set forth below:**



Date: September 8, 2023

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| MICHAEL ALLEN JONES, | : | Case No. 23-41121-pwb |
| Debtor. | : | |

_____

| | | |
|---|---|---|
| COOSA VALLEY CREDIT UNION, | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| MICHAEL ALLEN JONES, | : | |
| Respondent, | : | |
| and | : | |
| | : | |
| TRACEY L. MONTZ, | : | |
| Trustee. | : | |

CONSENT ORDER

This matter having come before the Court without hearing inasmuch as this Consent Order was presented at the time a Motion was filed by Coosa Valley Credit Union (hereinafter "Coosa") seeking relief from the automatic stay as it pertains to a certain 2016 Ford F-150, VIN #1FTEW1EF9GFC96733 (hereinafter "property"), and the debtor, through counsel, having both

consented to the requested relief and waived the stay provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, and there being no opposition to the requested relief by the Chapter 7 Trustee,

IT IS HEREBY ORDERED that the Motion for Relief from Stay be, and is hereby, GRANTED pursuant to 11 U.S.C. §362(d) so as to allow Coosa to pursue its rights and remedies against the aforementioned property pursuant to the terms of its Note, Security Agreement, Certificate of Title, and applicable state law.

IT IS FURTHER ORDERED that any excess proceeds realized by Coosa from the sale of the aforementioned property be reported to the Chapter 7 Trustee, said excess being subject to any allowed exemptions.

IT IS FURTHER ORDERED that the stay provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure be, and are hereby, waived.

IT IS FURTHER ORDERED that the Clerk serve copies of this Consent Order on the parties indicated on the Distribution List attached hereto and incorporated herein by reference.

[ END OF DOCUMENT]

(Signatures on next page)

Prepared and presented by:

/S/ Wendell S. Agee
Wendell S. Agee
Attorney for Movant
GA Bar No. 005558
THE AGEE LAW FIRM, LLC
P.O. Box 2284
Buford, GA 30515-2284
(678) 986-0325

Consented to:

/S/ W. Jeremy Salter  w/express permission by Wendell S. Agee   9/6/23
W. Jeremy Salter
Counsel for Debtor
GA Bar No. 303979
Salter Law Group, LLC
P.O. Box 609
Rome, GA 30162
(706) 295-1300

Reviewed by:

/S/ Tracey L. Montz   w/express permission by Wendell S. Agee   9/6/23
Tracey L. Montz
Chapter 7 Trustee
Suite 108-#406
2146 Roswell Road
Marietta, GA 30062-3813
(404) 713-6472

Distribution List:

Wendell S. Agee
THE AGEE LAW FIRM, LLC
P.O. Box 2284
Buford, GA 30515-2284

Michael Allen Jones
327 Grover Road
Cedartown, GA 30162

Tracey L. Montz
Chapter 7 Trustee
Suite 108-#406
2146 Roswell Road
Marietta, GA 30062-3813

W. Jeremy Salter
Salter Law Group, LLC
P.O. Box 609
Rome, GA 30162